| AO 10*<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR ~~2014~~ 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pearson, Ronald G. | 2. Court or Organization<br><br>WVSB | 3. Date of Report<br><br>~~07/31/2015~~<br>07/25/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☑ Final | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address<br>VACATED ON 10/9/2015<br>Robert C Byrd Courthouse<br>300 Virginia St, Room 6408<br>Charleston, WV 25301 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman, Board of Trustees | National Youth Science Foundation Inc, (A 501 C(3) nonprofit education foundation, Charleston, WV) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2016 AUG -1 A 10:09 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 07/21/2015 07/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. ~~2014~~ 2015 VARIOUS | Amarak Consulting LLC, Charleston, WV; self employed financial consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Youth Science Foundation, P O Box 1065, Char, WV 25324 | 7/8-11/2015 ~~7/17-19 and 9/13-14 2014~~ | Washington, D C | Science Ed Activity | Lodging, meals and travel exp |
| 2. | National Youth Science Foundation, P O Box 1065, Charleston, WV 25324 | various dates ~~2014~~ 2015 | various locations | meetings | dinner, lunch or breakfast, gasoline for travel |
| 3. | National Conference of Bankruptcy Judges, PO Box 5111, Charlotte, NC 28275-5111 | 9/27-30 ~~10/7-11, 2014~~ 2015 | MIAMI, FL ~~Chicago, Ill~~ | Committee meetings and National Conference | Lodging, meals and some of travel expense (Part Of) |
| 4. | '' | 4/21-23/2015 | WASHINGTON, DC | NCBJ LEGISLATIVE COMMITTEE | LODGING + MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 07/21/2015 |
| | 7/25/2016 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | ~~07/21/2015~~ 7/25/201$ |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | UNKNOWN LAWYERS | RETIREMENT RECEPTION | |
| 2. | ON MY RETIREMENT | AT SUNRISE ON 10/9/2015 | $4000.00 |
| 3. | FROM BANKRUPTCY JUDGE WVSB | | ESTIMATED |
| 4. | D. KILMER (+ JUNIOR) | RETIREMENT GIFT CARD (RESTAURANT) | $100 |
| 5. | COURT STAFF MEMBERS | PORTRAIT FOR THE COURTROOM AND BOTTLE OF FINE WINE, WINE OPENER + RESTAURANT GIFT CARD AT STAFF RECEPTION ON RETIREMENT | $500 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | City National Bank, Charleston, WV | Line of Credit for dependant education expenses | ~~L~~ NONE |
| 2. | Discover | Credit card purchases for daughter in med school | None |
| 3. | U S Airways Master Card | Transfer | J |
| 4. | Chase Bank | Mortgage on Fairmont rental property | J |
| 5. | American Education Services, Harrisburg, PA (purchased Grate Lakes Education loan) | Consolidated Parent Plus Education loan | L |
| 6. | Education Services, Utica NY | Consolidated Parent Plus Education Loan | K |
| 7. | American Express Co | Credit card purchases | None |
| 8. | Barkley Bank | mortgage for Fairmont rental property | J |
| 9. | BBandT | Line of credit | None |
| 10. | Chase Bank Visa | Quicken credit card purchases | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 07/21/2015 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ▓ wookland, Kanawha Cty, W V | | None | K | W | | | | | |
| 2.  ▓ woodland, Kanawha Cty, W V | | None | K | W | | | | | |
| 3.  1/6 int Cheat Mountain Club Inc (FN1 in Sec VII)Randolph, WV | D | Rent | M | W | | | | | |
| 4.  Highland Bankshares stock | A | Int./Div. | J | T | | | | | |
| 5.  Orbital Sciences Corp stock | | None | J | T | | | | | |
| 6.  Fidelity Cash Reserves, Fidelity Investments | B | Int./Div. | K | T | | | | | |
| 7.  ▓ oil and gas Roane Cty, WV | | None | J | W | | | | | |
| 8.  1/2 interest in 2 bedroom Kiawah Is, S C condo | E | Rent | N | W | | | | | |
| 9.  Northwestern Mutual Life Ins *WHOLE LIFE INS. POLICY* | B | Distribution | K | T | | | | | |
| 10.  1/2 interest in land in Marion Cty, WV | | None | L | W | | | | | |
| 11.  1/3 interest in Minerals, Marion County, WV | | None | J | W | | | | | |
| 12.  One bedroom rental house, Fairmont, WV | C | Rent | K | W | | | | | |
| 13.  Two bedroom house w 2 lots in Fairmont, WV | C | Rent | K | W | | | | | |
| 14.  Hartford 529 College Plan for Ed., Stable Val.Fnd,no control | D | Distribution | | | Redeemed | 1/12/14 | J | A | |
| 15.  Vanguard Emerging Markets Fnd | C | Distribution | K | T | | | | | |
| 16.  Vanguard REIT Index Fnd | B | Distribution | J | T | | | | | |
| 17.  Vanguard Mid Cap Index Fnd | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | ~~07/21/2015~~ 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard small cap value Fnd | A | Distribution | J | T | | | | | |
| 19. 1/3 int in 12 acs on Cheat Bridge Mt top,Pochantas, WV FN3 | | None | M | W | | | | | |
| 20. Vanguard Mid Cap Index Fnd | A | Distribution | J | T | | | | | |
| 21. ▢ Hemisperix Bioprarma Inc common | | None | J | T | | | | | |
| 22. ▢ Orbital Science ATKCorp | | None | J | T | | | | | |
| 23. Bidu stock | | None | J | T | ~~Sold (part)~~ | ~~9/16/14~~ | ~~J~~ | ~~C~~ | |
| 24. Fid Sel Biotech Fnd | A | Distribution | K | T | | | | | |
| 25. Fid Mid Cap Stock Fnd | A | Distribution | J | T | | | | | |
| 26. Fid Sel Med Equip Systems Fnd | A | Distribution | K | T | | | | | |
| ~~27. Fid Small Cap Opp Fnd~~ | | ~~None~~ | | | ~~Sold~~ | ~~1/17/14~~ | ~~J~~ | ~~A~~ | |
| 28. Intrepid Small Cap fnd | A | Distribution | J | T | | | | | |
| 29. Lot, Hatchery Run, Randolph County, WV | | None | L | W | | | | | |
| 30. Apple Stock | A | Dividend | K | T | | | | | |
| ~~31. Fid Sel Banking Fund~~ | ~~A~~ | ~~Distribution~~ | | | ~~Sold~~ | ~~7/25/14~~ | ~~J~~ | ~~A~~ | |
| ~~32. Fid Sel IT Services Fnd~~ | ~~A~~ | ~~Distribution~~ | | | ~~Sold~~ | ~~7/7/14~~ | ~~J~~ | ~~B~~ | |
| ~~33. American Tower Corp~~ | ~~A~~ | ~~Dividend~~ | | | ~~Sold~~ | ~~12/22/14~~ | ~~J~~ | ~~B~~ | |
| 34. Stratasys Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | ~~07/21/2015~~ 07/25/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco Stock | A | Dividend | J | T | | | | | |
| 36. Hartford 529 Plan Ed Stable Val Fnd, No Control | A | Int./Div. | J | T | | | | | |
| 37. Hartford 529 Plan , Ed Stable Val Fnd. No control | A | Int./Div. | J | T | | | | | |
| ~~38. Ambarella Com stock~~ | | ~~None~~ | | | ~~Sold~~ | ~~2/4/14~~ | ~~K~~ | ~~A~~ | |
| ~~39. Yhoo stock~~ | | ~~None~~ | | | ~~Sold~~ | ~~1/22/14~~ | ~~J~~ | ~~A~~ | |
| ~~40. 3 D Systems stock~~ | | ~~None~~ | | | ~~Sold~~ | ~~12/11/14~~ | ~~J~~ | | ~~loss~~ |
| ~~41. Vanguard Strategic Equity Fnd~~ | ~~A~~ | ~~Distribution~~ | | | ~~Sold~~ | ~~9/30/14~~ | ~~J~~ | ~~C~~ | |
| ~~42. Vanguard Small Cap Equity Fnd~~ | ~~A~~ | ~~Distribution~~ | | | ~~Sold~~ | ~~9/30/14~~ | ~~J~~ | ~~B~~ | |
| ~~43. Nu Skin Int stock~~ | | ~~None~~ | | | ~~Sold~~ | ~~3/17/14~~ | ~~J~~ | ~~A~~ | |
| 44. Ex One Co stock | | None | J | T | | | | | |
| 45. Sierra Wireless stock | | None | ~~J~~ | ~~T~~ | sold | 5/22/15 | J | NONE | |
| 46. Qualcom Corp stock | A | Dividend | J | T | | | | | |
| 47. Celgene Corp stock | A | Dividend | J | T | | | | | |
| 48. Facebook stock | | None | J | T | | | | | |
| ~~49. Vanguard Index Fnd~~ | ~~B~~ | ~~Distribution~~ | | | ~~Sold~~ | ~~9/30/14~~ | ~~K~~ | ~~B~~ | |
| ~~50. Vanguard Hi Dividend yiel Index Fnd~~ | ~~B~~ | ~~Distribution~~ | ~~K~~ | ~~T~~ | | | | | |
| 51. Vanguard Growth and Income Fnd | B | Distribution | L | T | ~~Buy~~ | 9/30/14 | ~~L~~ | | |

I STILL HAVE THIS INVESTMENT AS REPORTED FOR 2014.

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | ~~07/21/2015~~ 07/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Free Seas Inc | | None | J | T | ~~Buy~~ | 1/3/14 | J | | |
| 53. American Tower Corp | A | Dividend | J | T | ~~Buy~~ | 1/3/14 | J | | |
| 54. Facebook inc | | None | ~~J~~ | ~~T~~ | ~~Buy~~ sold | 7/7/14 5/19/15 | J J | B | |
| 55. Apple Inc | A | Dividend | K | T | ~~Buy~~ | 7/7/14 | K | | |
| 56. Gentherm Inc | | None | J | J | ~~Buy~~ sold | 7/29/14 3/25/15 | J J | A | |
| 57. N X P Semiconductors Inc | | None | J | T | ~~Buy~~ | 9/18/14 | J | | |
| 58. QORVO INC | | NONE | K | T | Buy | 5/21/6 | K | | |
| 59 CIRRUS LOGIC INC | | NOMR | J | T | Buy | 5/12/15 | J | | |
| 60 TASER INTERNATIONAL INC | | NOMR | J | T | Buy | 5/18/15 | J | | |
| 61 AVAGO TECHNOLOGIES INC LTD | | NOMR | J | T | Buy | 5/22/15 | J | | |
| 62 JUNO THERAPEUTICS INC | | NOMR | J | T | Buy | 7/16/15 | J | | |
| 63 NXP SEMICONDUCTORS N.V. | | NOMR | J | T | Buy | 3/4/15 | J | | |
| 64 SKYWORKS SOLUTIONS INC | | NOMR | K | T | Buy | 1/22/15 | K | | |
| 65 SYNCHRONOSS TECH. INC | | NOMR | J | T | Buy | 4/15/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 07/21/2015 ~~07/21/2015~~ 07/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FN1  Cheat Mountain Club is a 130 year old hunting and fishing lodge in Randolph County, WV.  It is owned by six persons. Rights to use are determined by an annual draft.

Their are no reportable assets over which I have control as a result of the positions listed in Part I.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald G. Pearson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544